MAX MISKOWITZ et al., Appellants, v. RUTH STAROBIN, Individually and as Executrix of MORT STAROBIN, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 445.]

EMANUEL SCHWARTZ, an Infant, by JOSEPH SCHWARTZ, His Guardian ad Litem, et al., Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE ARON, Respondent, v. MAX GOLDBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WARNER ELEVATOR MFG. COMPANY, Appellant, v. DOMINICK J. NAPOLI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANCIS J. KLEBAN, Appellant, v. JOSEPH SAGER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CECO STEEL PRODUCTS CORPORATION, Respondent, v. EUREKA SHIPBUILDING CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order, on payment of said costs and the ten dollars costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROBERT J. FLOOD, Doing Business under the Name of FLOOD AND COMPANY, Appellant, v. M. STEINTHAL & CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CHARLES FRATTO et al., Respondents, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD., Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of VICTOR LAMBERTI, as Administrator of the Estate of HENRY L. LAMBERTI, Deceased Executor, and as Administrator c. t. a. of the Estate of PASQUALE LAMBERTI, Deceased. In the Matter of the Application to Fix Compensation of SALVATO & SALVATO, Attorneys, for Services in the Estate of PASQUALE LAMBERTI, Deceased. In the Matter of the Estate of PASQUALE LAMBERTI, Deceased. VICTOR LAMBERTI, Individually and as Administrator of the Estate of HENRY L. LAMBERTI, Deceased, and as Administrator c. t. a. of the Estate of PASQUALE LAMBERTI, Deceased, Appellant; LIVIA L. STEPHENS et al., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [181 Misc. 706.] [See *post*, p. 975.]